**IN THE UNITED DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

SOUTHERN DISTRICT OF MISSISSIPPI
**F I L E D**

FEB 1 4 2007

J. T. NOBLIN, CLERK
BY_____DEPUTY

UNITED STATES OF AMERICA  )
                                 )
         vs.               )        **Criminal No.  4:01cr5TSL-002**
                                 )
CLIFTON RAY JEFFERSON  )

---

### ORDER  REGARDING RESTITUTION OBLIGATION

The Court, after reviewing information today provided by the U.S. Probation Office that Clifton Ray Jefferson, will allow the defendant's criminal liability to expire February 28, 2007.  The defendant has a current restitution balance of $40,322.44.

By order of the Court, the defendant is advised, that after his expiration from supervised release, restitution will be collected by the U.S. Attorney's Financial Litigation Unit in accordance with the provisions of 18 U.S.C. 3613(f) and 18 U.S.C. 3664(m)(1)(A)(I). The defendant is also ordered to make financial arrangements with the Financial Litigation Unit in the Southern District of Mississippi, to continue making monthly payments toward the outstanding restitution obligation, prior to his expiration of supervised release on February 28, 2007.

SO DATED, this the _____13ᵗʰ_____ day of____February____, 2007.

_____

TOM S. LEE
SENIOR U. S. DISTRICT JUDGE